People ex rel. Mackenzie v N.Y.S. Dept. of Corr. & Community Supervision (2023 NY Slip Op 04496)

People ex rel. Mackenzie v N.Y.S. Dept. of Corr. & Community Supervision

2023 NY Slip Op 04496

Decided on September 12, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 12, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
ROBERT J. MILLER
BARRY E. WARHIT
LAURENCE L. LOVE, JJ.

2023-07497

[*1]The People of the State of New York, ex rel. Andrea S. Mackenzie, on behalf of Nireair Jefferson, petitioner,
v
N.Y.S. Department of Corrections and Community Supervision, et al., respondents.

Laurette D. Mulry, Riverhead, NY (Andrea S. Mackenzie pro se of counsel), for petitioner.
Letitia James, Attorney General, New York, NY (Steven N. Schulman of counsel), for respondent N.Y.S. Department of Corrections and Community Supervision.
Raymond A. Tierney, District Attorney, Riverhead, NY (Thomas C. Costello of counsel), for respondent Michael Franchi.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Nireair Jefferson upon his own recognizance or to set reasonable bail pursuant to Executive Law § 259-i(3)(a)(viii) upon Suffolk County Docket Nos. MZ-020134-22SU and SMZ-70559-23/001.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The petitioner failed to demonstrate entitlement to relief pursuant to Executive Law § 259-i(3)(a)(viii).
DILLON, J.P., MILLER, WARHIT and LOVE, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court